294        APPELLATE COURTS OF ILLINOIS.

Union Ribbon & Carbon Co. v. Morris & Co., 209 Ill. App. 294.

## Union Ribbon & Carbon Company, Appellee, v. Sidney Morris & Company, Appellant.

### Gen. No. 23,701.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. DENNIS W. SULLIVAN, Judge, presiding.   Heard in the Branch Appellate Court at the October term, 1917.   Affirmed.   Opinion filed January 15, 1918.

### Statement of the Case.

Action by Union Ribbon & Carbon Company, a corporation, plaintiff, against Sidney Morris & Company, a corporation, defendant.   From a judgment for plaintiff, defendant appeals.

MAX M. GROSSMAN, for appellant.

HUFF & COOK, for appellee.

MR. PRESIDING JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 31*—*when judgment affirmed.* A judgment of the Municipal Court of Chicago will be affirmed on allowing motion of appellee to strike the stenographic report of the trial from the record because filed within an extension of time the court had no jurisdiction to allow, where all the assignments of error and argument of appellant are predicated upon the stricken part.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.